**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

WILLIAM M. MCCOOL
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

May 10, 2021

Nathen Barton
4618 NW 11TH CIR
CAMAS, WA 98607

Your civil action *Batron v. Serve All Help All Inc et al* was filed in the U.S. District Clerk's office at Tacoma on May 7, 2021.

Your case has been assigned Case Number **3:21−cv−05338−BHS,** and has been assigned to Judge Benjamin H. Settle, Presiding Judge.

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

WILLIAM M. MCCOOL, *Clerk*

s/*Deputy Clerk*

cc: file