Honorable Benjamin H. Settle

FILED _____ LODGED
_____ RECEIVED

JUN 25 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

NATHEN BARTON,

            Plaintiff

v.

Serve All, Help All, Inc.

   and

John Doe 1-10

           Defendants.

CASE NO. 3:21-cv-05338-BHS

PROOF OF SERVICE
COVER LETTER

TO: CLERK OF COURT

AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

Please find Plaintiff's enclosed Proof of Service for defendant Serve All, Help All, Inc.

DATED: June 22, 2021

/s/ Nathen Barton
Nathen Barton
4618 NW 11th Cir
Camas WA 98607
FarmersBranch2014@gmail.com

PROOF OF SERVICE COVER LETTER - 1
CASE NO 3:21-CV-05338-BHS

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

CASE NAME    NATHEN BARTON VS. SERVE ALL, HELP ALL, INC.

CASE NUMBER   3:21-CV-05338-BHS

AO 88 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint* was made by me¹ | DATE  6/9/2021 10:55 AM |
| NAME OF SERVER (PRINT)  Mark Valenti, C.C.P.S. | TITLE  PROCESS SERVER 2782, Los Angeles 10/31/2021 |

Check one box below to indicate appropriate method of service

DEFENDANT:   SERVE ALL, HELP ALL, INC.   (PURANDER AMIN, AGENT FOR SERVICE)

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's 's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.              RHUTIS GHARID, DEFANDANT'S DAUGHTER
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted: _____

☒ Other (specify): SERVICE ADDRESS 11418 BERTHA STREET, CERRITOS, CA  90702

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/15/2021
DATE

SIGNATURE OF SERVER

PROCESS SERVICE - MARK VALENTI
5042 WILSHIRE BLVD., #507
LOS ANGELES, CA 90036
PHONE (213) 487-4123

MARK VALENTI
PROCESS SERVING
100

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Nathen Barton**
4618 NW 11th CIR
CAMAS WA 98607

PORTLAND OR 972
23 JUN 2021 PM 2 L

US District Court
1717 Pacific Ave
Tacoma WA 98402

98402-323499



FOREVER
047910520153035

