# USPS Tracking®

# Exhibit A

FAQs >

Track Another Package +

**Tracking Number:** 9400111108296531530656

Remove X

Your item was delivered in or at the mailbox at 3:51 pm on July 26, 2021 in MOUNT VERNON, WA 98273.

USPS Tracking Plus™ Available ∨

## ⊘ Delivered, In/At Mailbox

July 26, 2021 at 3:51 pm
MOUNT VERNON, WA 98273

Get Updates ∨

---

Text & Email Updates 

---

Tracking History 

**Exhibit A**

**July 26, 2021, 3:51 pm**
Delivered, In/At Mailbox
MOUNT VERNON, WA 98273
Your item was delivered in or at the mailbox at 3:51 pm on July 26, 2021 in MOUNT VERNON, WA 98273.

**July 26, 2021, 6:10 am**
Out for Delivery
MOUNT VERNON, WA 98273

**July 26, 2021, 4:13 am**
Arrived at Post Office
MOUNT VERNON, WA 98273

**July 26, 2021, 12:52 am**
Departed USPS Facility
EVERETT, WA 98203

**July 24, 2021, 11:34 pm**
Arrived at USPS Facility
EVERETT, WA 98203

**July 24, 2021, 9:25 pm**
Departed USPS Regional Facility
SEATTLE WA NETWORK DISTRIBUTION CENTER

**July 24, 2021, 7:39 am**
Arrived at USPS Regional Facility
SEATTLE WA NETWORK DISTRIBUTION CENTER

Feedback

# Exhibit A

**July 24, 2021, 12:21 am**
Departed USPS Facility
PORTLAND, OR 97215

**July 23, 2021, 11:03 pm**
Arrived at USPS Origin Facility
PORTLAND, OR 97215

**July 23, 2021, 10:20 am**
USPS picked up item
CAMAS, WA 98607

USPS Tracking Plus™ ⌄

Product Information ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**