1

2

3

4

5

6

7

Honorable Benjamin H. Settle

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

10

11

12

13

14

NATHEN BARTON,

                          Plaintiff

        v.

SERVE ALL, HELP ALL, INC.; and
JOHN DOE 1-10,

                          Defendants.

CASE NO. 3:21-cv-05338

MOTION TO DEEM ADMTTED

15

16

17

PLEASE TAKE NOTICE that Plaintiff Nathen Barton (hereinafter referred to as "Plaintiff") moves the Court to deem admissions admitted.

18

## I.    INTRODUCTION

19

20

21

On May 7, 2021, I did file an action captioned Nathen Barton v. Serve All, Help All, Inc. ("SAHA"). et al, in the United States District Court, Western District of Washington with cause number 3:21-cv-05338-BHS.

22

23

Defense Counsel Donna Gibson appeared for SAHA on June 30, 2021, and directed all parties to "Please send all further notices, pleadings, except for original process to Donna

24

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

Gibson, Law Office of Donna Beasley Givson, 1204 Cleveland Ave., Mount Vernon, WA 98273"

The 26(f) conference for this case was scheduled and took place on July 23, 2021.

During that 26(f) conference, I brought up the subject of email of motions and documents and discovery by email instead of regular mail, and both parties agreed.

I told Donna Gibson that I had already printed up and put for mailing three discovery documents, but in the future I would email as we agreed.

On that day, July 23, 2021, I mailed "PLAINTIFF'S FIRST REQUEST FOR ADMISSION" ("Admissions") to that address via USPS first class mail with tracking number 9400111108296531530656.

The United States Post Office reports delivery of the package on July 26, 2021.

The morning of August 30, 2021, I had not received answers to the Admissions, nor received objections or any response whatsoever.

Late morning on August 30, 2021, I called Donna Gibson to inquire about the Admissions and the other discovery documents sent on July 30, 2021.

I reached Donna Gibson and she professed to never have received the package.

I reviewed the shipping address and tracking information, and do believe the discovery request was property mailed, and delivered by the post office.

I believe the 'missing' package is a delay and intimidation tactic to take advantage of a pro-se plaintiff.

## II.    MOTION

According to FRCP 29, FRCP 36(a)(3), SAHA had 30 days to respond to the Admissions, or they are deemed admitted unless the court orders otherwise.

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

Plaintiff testifies to all these facts in the Declaration associated with this Motion.

Plaintiff asks this Court to deem the Admissions admitted so he may proceed with this action

appropriately informed.

### III.    REQUEST OF THE COURT

Plaintiff requests the Court order that for the forgoing reasons, the Admissions in the

attached Exhibit B are deemed admitted by SERVE ALL, HELP ALL, INC., for the purposes of

this civil action 3:21-cv-05372.


_____ s/ Nathen Barton _____          \_\_\_\_\_8/30/2021_____
        (signed)                                      (Dated)


Nathen Barton
(718) 710 5784
4618 NW 11th Cir
Camas WA 98607


CERTIFICATE OF SERVICE

I certify that a true and accurate copy of this document was served on the Defendant's counsel of

record via Email on 8/30/2021 as agreed to in the 26(f) conference held on July 23, 2021.


_____ s/ Nathen Barton _____          \_\_\_\_\_8/30/2021_____
     Nathen Barton                                    (Dated)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| NATHEN BARTON, | CASE NO. 3:21-cv-05372 |
|---|---|
| Plaintiff | [PROPOSED] ORDER |
| v. | DEEMING ADMTTED |
| SERVE ALL, HELP ALL, INC.; and JOHN DOE 1-10, | |
| Defendants. | |

ORDER

THIS MATTER came before the Court on Plaintiff's MOTION TO DEEM ADMITTED.

Having considered the matter, as well as the pleadings and records in the Court's file and the

relevant legal authorities, the Court is full informed.  It is HEREBY ORDERED:

In the above captioned matter, the Requests for Admission attached as Exhibit B to

Plaintiff's Motion to Deem Admitted in the above captioned case be deemed admitted against

defendant Serve All, Help All, Inc.

Dated this _____ day of _____, 2021.

MOTION TO DEEM ADMITTED - 4 / 5
CASE NO 3:21-CV-05338-BHS

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

_____
Judge of District Court
Clark County, Washington

APPROVED AS TO FORM

___s/ Nathen Barton_____
Nathen Barton, Pro Se