Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN BARTON,<br><br>    Plaintiff<br>  v.<br><br>SERVE ALL, HELP ALL, INC.; and JOHN DOE 1-10,<br><br>    Defendants. | CASE NO. 3:21-cv-05338<br><br>REQUEST FOR BLANK SUBPOENA |

TO: CLERK OF COURT

AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

Plaintiff Nathen Barton asks the Clerk of Court for a signed but otherwise blank subpoena for use in the above captioned matter.  This could be mailed to Plaintiff at:

> Nathen Barton
> 4618 NW 11th Cir
> Camas WA 98607

 Or it may be uploaded as a docket entry in the above captioned matter.

DATED: October 29, 2021          s/ Nathen Barton
                                 Nathen Barton

REQUEST FOR SIGNED BUT BLANK SUBPOENA - 1 / 2
CASE NO 3:21-CV-05338-BHS

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

4618 NW 11th Cir
Camas WA 98607
FarmersBranch2014@gmail.com