1

The Honorable Benjamin H. Settle

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN BARTON,<br><br>  Plaintiff,<br><br>v.<br><br>SERVE ALL, HELP ALL, INC.; and JOHN DOE 1-10 1-10, inclusive,<br><br>  Defendants. | **CASE NO. 3:21-cv-05338-BHS**<br><br>***EX PARTE* MOTION TO ACCEPT LATE FILING OF RESPONSE TO MOTION TO STRIKE AFFIRMATIVE DEFENSES**<br><br>Noted for: January 3, 2022 |

COMES NOW defendant SERVE ALL, HELP ALL INC, and move this Court to accept its late response to the Motion to Strike Affirmative Defenses. This motion is based on the declaration of counsel and the records and files herein.

Dated this 1st day of January, 2022

　　　　　　　　　　　　　　s/Donna Gibson_____
Donna Gibson WSBA 33583
Attorney for Defendant
SERVE ALL HELP ALL INC.
Law Office of Donna Beasley Gibson
1204 Cleveland Ave
Mount Vernon, WA  98273

EX PARTE MOTION TO ACCEPT LATE FILING OF
RESPONSE TO MOTION TO
STRIKE AFFIRMATIVE DEFENSES
Page  1
3:21-cv-05338-BHS

Law Office of Donna Beasley Gibson PLC
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529

206-242-5529/Fax: 425-332-7068
beasleylaw@msn.com
donna@donnagibsonlaw.com

EX PARTE MOTION TO ACCEPT LATE FILING OF RESPONSE

**FACTS**

Plaintiff filed its Motion to Strike Affirmative Defenses December 16, 2021.  *See* Dkt. 36.  I also represent another defendant in a matter with Plaintiff BARTON, where he filed the same motion (a motion to strike affirmative defenses) as well as four other motions noted for the same day, 1/7/22.[1]  Counsel also has opening briefs due on January 3, 2022 in other matters in this Court[2], and two matters in Whatcom County Superior Court were scheduled for trial confirmation (and were continued).  *See* Declaration of Donna Gibson.

Counsel for Defendant is a solo practitioner and due to the COVID-19 pandemic, counsel's staff and counsel are currently working from home.  *See* Declaration of Donna Gibson.  Counsel was in a motor vehicle accident on June 26, 2021 and is suffering from two partial thickness rotator cuff tears which were recently diagnosed on December 17, 2021 after an MRI on December 16, 2021.  Over use of her hands, arms and shoulder, doing things such as typing, increases the pain in her shoulder and causes headaches and vision issues.  *See* Declaration of Donna Gibson.

---

[1] *See* 3:21-cv-05610-JRC, *Barton v. Deflgauw*, et al. , Western District of Washington.  Motion filed at Dkt. 59, 64, 66, 68, and 70).

[2] 2:21-cv-01228-MLP *Austin v. Comm'r of Social Security*, Western District of Washington.

EX PARTE MOTION TO ACCEPT LATE FILING OF
RESPONSE TO MOTION TO
STRIKE AFFIRMATIVE DEFENSES
Page  2
3:21-cv-05338-BHS

Law Office of Donna Beasley Gibson PLC
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529

Further, between the time this motion was filed and the response was due, was Christmas Eve and Christmas Day, record breaking cold and snow and windstorms on Dec 24, 25, 26, 27 and again on December 30. Internet in Anacortes was intermittent during those times.

The acceptance of the filing of the response one day late should note prejudice Plaintiff in preparing his reply. *See* Declaration of Donna Gibson.

### RELIEF REQUESTED

Defendant, through Counsel, respectfully requests that this Court accept the late filing of the Response to Motion to Strike Affirmative Defenses.

Respectfully submitted this 1st day of January, 2022.

    s/Donna Gibson\
Donna Gibson WSBA 33583\
Attorney for Defendant\
SERVE ALL HELP ALL INC.\
Law Office of Donna Beasley Gibson\
1204 Cleveland Ave\
Mount Vernon, WA 98273\
206-242-5529/Fax: 425-332-7068\
beasleylaw@msn.com\
donna@donnagibsonlaw.com

EX PARTE MOTION TO ACCEPT LATE FILING OF
RESPONSE TO MOTION TO
STRIKE AFFIRMATIVE DEFENSES
Page 3
3:21-cv-05338-BHS

Law Office of Donna Beasley Gibson PLC
1204 Cleveland Avenue
Mount Vernon, WA 98273
206-242-5529