Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN BARTON,<br><br>                    Plaintiff<br>       v.<br><br>SERVE ALL, HELP ALL, INC.; and<br>JOHN DOE 1-10,<br>                    Defendants. | CASE NO. 3:21-cv-05338-BHS<br><br>MOTION TO COMPEL<br><br>NOTED DATE:<br>APRIL 22, 2022 |

PLEASE TAKE NOTICE that Plaintiff Nathen Barton (hereinafter referred to as "Plaintiff") moves the Court to compel the Defendant Serve All, Help All, Inc. ("SAHA") to produce requested interrogatory responses and documents.

On 9/3/2021, the Court entered an Order setting pretrial dates. One such date specified that while discovery must be completed by May 2, 2022, all motions related to discovery must be filed by April 4, 2022.

To preserve his due process rights to receive discovery responses, Plaintiff files the instant motion.

**Late "Plaintiff" Discovery**

1   As a plaintiff, Plaintiff submitted the following interrogatory request to SAHA on

2   2/25/2022:

3   *2.25.2022 SAHA Interrogatories 5.pdf*

4   This request has not been answered.

5   As a plaintiff, Plaintiff submitted the following interrogatory request to SAHA on

6   2/28/2022:

7   *2.28.2022 SAHA Interrogatories 6.pdf*

8   As this was Opposing Counsel's first day of an approximately two published

9   unavailability, Plaintiff is certainly willing to give SAHA an additional two weeks to respond to

10  this request, but wishes the Court to ensure this 2/28/2022 set of interrogatories is answered.

11  **Late "Counter-Defendant" Discovery**

12  It is true that in Dkt. 49 SAHA agrees to dismiss the counterclaim "as filed" but

13  Opposing Counsel announced to the Court that she would be filing a motion for leave to file a

14  new counterclaim. Dkt. 49, 2:2. This new counterclaim will be filed past the date that all

15  motions related to discovery must be filed, and it seems, around the time discovery must be

16  completed:

17
18  | All motions related to discovery must be filed by | April 4, 2022 |
    | Discovery completed by | May 2, 2022 |

19  Therefore, Plaintiff moves this Court to order SAHA to answer the following unanswered

20  and past due discovery:

21
22  *CD 2.25.2022 SAHA Interrogatories 1.pdf*
    *CD 2.25.2022 SAHA Production 1.pdf*
23  *CD 2.27.2022 SAHA Interrogatories 2.pdf*
    *CD 2.27.2022 SAHA Production 2.pdf*

24

Similar as above, as a Counter-Defendant, Plaintiff submitted the following discovery requests to SAHA on 2/28/2022:

> CD 2.28.2022 SAHA Interrogatories 3.pdf
> CD 2.28.2022 SAHA Interrogatories 4.pdf
> CD 2.28.2022 SAHA Production 3.pdf

Same as above, 2/28/2022 was Opposing Counsel's first day of an approximately two published unavailability, Plaintiff is certainly willing to give SAHA an additional two weeks to respond to these 2/28/2022 request, but wishes the Court to ensure this 2/28/2022 set of interrogatories is answered.

### Protecting Plaintiff's Due Process Rights

These 2/28/2021 discovery submissions are important to protect Plaintiff's due process rights. As Plaintiff pointed out in Dkt. 47, SAHA's last minute counterclaim in Dkt. 46 was already evidence of Bad Faith (Dkt. 47 pages 9 & 10) and Undue Delay (Dkt. 47 pages 10 & 11).

For Opposing Counsel to announce to the Court she intends to file yet another counterclaim after their first counterclaim was shown to be absolutely meritless in Dkt. 50 is bad faith and undue delay on steroids.

Plaintiff asks this Court to ensure Plaintiff's and Counter-Defendant's 2/28/2022 discovery requests are answered by SAHA.

### Plaintiff has Done His Best to Work with Opposing Counsel

Plaintiff has emailed Opposing Counsel many times on these issues, and attempted to call Opposing Counsel twice. Plaintiff had a phone conference scheduled with Opposing Counsel for 4/1/2022 but Opposing Counsel canceled it.

Exhibit A shows a number of these attempts to resolve the situation without coming before the Court but alas this Court has set the 4/4/2022 deadline and Plaintiff is out of options and files this Motion.

_____s/ Nathen Barton_____     \_\_\_\_4/3/2022\_\_\_\_\_
             (signed)                                    (Dated)

Nathen Barton
(469) 347 2139
4618 NW 11th Cir
Camas WA 98607

CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the Electronic Filing (CM/ECF) system, which will send notification of such filing to all counsel of record and all pro se parties registered to use the CM/ECF system.

_____s/ Nathen Barton_____     \_\_\_\_4/3/2022\_\_\_\_\_
          Nathen Barton                              (Dated)

## Exhibit A – A Sampling of Attempts to meet and confer with Opposing Counsel

The emails shown start on 3/30/2022 – many emails were sent before this date on the subject of what documents and interrogatories SAHA would turn over before 4/4/2022:

**Barton v SAHA - Discovery conference update**

Nathen Barton <farmersbranch2014@gmail.com>   Wed, Mar 30, 2022 at 2:33 PM
To: DONNA GIBSON <donna@donnagibsonlaw.com>

Hello,

Is SAHA turning any discovery over today?  I have updated admission #3.

Nathen

📄 1.31.2022 1st Admissions ANSWERS SUPP.pdf
    7040K

Plaintiff tried calling Opposing Counsel's home and office phone numbers on 3/30/2022/



**Barton v SAHA - Discovery conference update**

DONNA GIBSON <donna@donnagibsonlaw.com>  Wed, Mar 30, 2022 at 4:43 PM
To: Nathen Barton <farmersbranch2014@gmail.com>

I am working on the final documents to complete the response. I want to make sure I have all of them.
As soon as I have confirmation, I will be sending the response.
I have been in hearings most of today and then I had to deal with the ER when my mother fell at her nursing home and broke her wrist so it has been a crazy day

[Quoted text hidden]
--
Donna Gibson
Law Office of Donna Beasley Gibson

206-242-5529 phone
425-332-7068 fax

---

**Delfgauw missing discovery**

DONNA GIBSON <donna@donnagibsonlaw.com>  Thu, Mar 31, 2022 at 7:37 PM
To: Nathen Barton <farmersbranch2014@gmail.com>

As I mentioned to you the other day my mother fell at her facility and broke her wrist. She has a follow up appointment at 9 am Friday and I have to drive her. I won't be back until about 11. Can we please do our meeting at 11 ish?

On Mon, Mar 28, 2022 at 7:37 AM Nathen Barton <farmersbranch2014@gmail.com> wrote:
[Quoted text hidden]
[Quoted text hidden]

---

**Delfgauw missing discovery**

Nathen Barton <farmersbranch2014@gmail.com>  Thu, Mar 31, 2022 at 11:10 PM
To: DONNA GIBSON <donna@donnagibsonlaw.com>

I will have to find some time later in the day. I will follow up in the morning with some times I am available.

Nathen
[Quoted text hidden]

---

**Delfgauw missing discovery**

DONNA GIBSON <donna@donnagibsonlaw.com>  Fri, Apr 1, 2022 at 12:47 AM
To: Nathen Barton <farmersbranch2014@gmail.com>

Just do by email

Donna Gibson
Attorney
Law Office of Donna Beasley Gibson
206-242-5529
[Quoted text hidden]

**Delfgauw missing discovery**

**Nathen Barton** <farmersbranch2014@gmail.com>  Fri, Apr 1, 2022 at 6:54 AM
To: DONNA GIBSON <donna@donnagibsonlaw.com>

Very well, I look forward to hearing your feedback on my document by the end of the day. Further, I had said this would cover SAHA issues.

I will send a separate email.

Nathen
[Quoted text hidden]

---

Gmail                                                                        N B <farmersbranch2014@gmail.com>

**Barton v SAHA - Discovery conference update?**

**Nathen Barton** <farmersbranch2014@gmail.com>  Fri, Apr 1, 2022 at 6:55 AM
To: DONNA GIBSON <donna@donnagibsonlaw.com>

Hello,

I have not seen any SAHA discovery turned over. I will have to be filing a motion on this soon if these are not turned over shortly.

Nathen

---

**SAHA**

**Nathen Barton** <farmersbranch2014@gmail.com>  Fri, Apr 1, 2022 at 3:24 PM
To: DONNA GIBSON <donna@donnagibsonlaw.com>

Hello,

I look forward to seeing that motion. I need to give you the latest version of this document.

Is SAHA turning over discovery today?

Nathen
[Quoted text hidden]

📄 Motion Rule 11.pdf
383K

---

**Barton v SAHA - Discovery Conference Update?**

**Nathen Barton** <farmersbranch2014@gmail.com>  Sat, Apr 2, 2022 at 2:53 PM
To: DONNA GIBSON <donna@donnagibsonlaw.com>

Hello,

Can you tell me what, if anything, SAHA is turning over before 5pm on Monday, April 4, 2022?

Nathen

---

MOTION TO COMPEL - 7 / 10  NATHEN BARTON
CASE NO 3:21-CV-05338-BHS  4618 NW 11TH CIR
  CAMAS WA 98607

> **Barton v SAHA - Discovery Conference Update?**
>
> **Nathen Barton** <farmersbranch2014@gmail.com>  Sat, Apr 2, 2022 at 7:31 PM
> To: DONNA GIBSON <donna@donnagibsonlaw.com>
>
> Hello,
>
> If we can't figure this out, I will have to file this motion by close of business Sunday.
>
> Nathten
>
> [Quoted text hidden]
>
> 📄 Motion to Compel.pdf
>    351K

Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN BARTON,<br><br>                    Plaintiff<br>     v.<br><br>SERVE ALL, HELP ALL, INC.; and<br>JOHN DOE 1-10,<br>                    Defendants. | CASE NO. 3:21-cv-05338-BHS<br><br>[PROPOSED] ORDER |

ORDER

THIS MATTER came before the Court on Plaintiff's MOTION TO COMPEL. Having considered the matter, as well as the pleadings and records in the Court's file and the relevant legal authorities, the Court is full informed. It is HEREBY ORDERED:

Within fifteen (15) days of entry of this order, Serve All, Help All, Inc. must produce answers and documents that are responsive to:

*2.25.2022 SAHA Interrogatories 5.pdf*
*CD 2.25.2022 SAHA Interrogatories 1.pdf*
*CD 2.25.2022 SAHA Production 1.pdf*
*CD 2.27.2022 SAHA Interrogatories 2.pdf*
*CD 2.27.2022 SAHA Production 2.pdf*

1  Within fifteen (30) days of entry of this order, Serve All, Help All, Inc. must produce
2  answers and documents that are responsive to:

3  *2.28.2022 SAHA Interrogatories 6.pdf*
   *CD 2.28.2022 SAHA Interrogatories 3.pdf*
4  *CD 2.28.2022 SAHA Interrogatories 4.pdf*
   *CD 2.28.2022 SAHA Production 3.pdf*
5

6

7  Dated this _____ day of _____, 2022.

8
                                            _____
9                                           Western District of Washington Judge

10

11

12  APPROVED AS TO FORM

13  ___s/ Nathen Barton _____
14  Nathen Barton, Pro Se

15

16

17

18

19

20

21

22

23

24

MOTION TO COMPEL - 10 / 10                              NATHEN BARTON
CASE NO 3:21-CV-05338-BHS                               4618 NW 11TH CIR
                                                        CAMAS WA 98607