Exhibit A                    DONNA GIBSON <donna@donnagibsonlaw.com>

## Fwd: Fw: New Client Intake Packet
1 message

**Puru Amin** <puruamin@gmail.com>                                         Thu, Sep 16, 2021 at 1:56 PM
To: DONNA GIBSON <donna@donnagibsonlaw.com>

Here are two emails: one from NAV+CA to Barton
second from Barton to volunteer.

---------- Forwarded message ---------
From: **Carlos Cotta** <ccotta@nacalaw.org>
Date: Wed, Sep 15, 2021 at 5:11 PM
Subject: Fw: New Client Intake Packet
To: Puru Amin <puruamin@gmail.com>


Here is the email I sent to Kenneth Barton and his response

*Respectfully,*




**Carlos Cotta**
Volunteer Advocate

✉ ccotta@nacalaw.org
📞 (949) 430-0475
📠 (949) 502-0819
📍 1503 South Coast Drive Suite 100
   Costa Mesa, CA 92626
🔗 nacalaw.org

    

NOTICE OF CONFIDENTIALITY: This email message and its attachments (if any) are intended solely for the use of the addressees hereof. In addition, this message and the attachments (if any) may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify us and immediately delete this message from your system.

**From:** Nathen Barton <farmersbranch2014@gmail.com>
**Sent:** Wednesday, February 17, 2021 5:13 PM
**To:** Carlos Cotta <ccotta@nacalaw.org>

**Cc:** Info Mail <info@nacalaw.org>
**Subject:** Re: New Client Intake Packet

## Exhibit A

Hi Folks,

I am sorry, I am not really interested in loan modification. A couple days ago I got an illegal robocall and I played along to see who it was and unfortunately it was you folks.

I have a mission, to get rid of robocalls. Just today I dropped by my courthouse to file these. You can see they are all different defendants.

If you folks would like to talk it over, I am willing. Otherwise, within in a few weeks I will be down there for your company.

This email is a Litigation Hold - please preserve all records and documents related to telephone calls to my phone numbers 972 207 5749 and 360 910 1019.

Nathen



On Wed, Feb 17, 2021 at 1:08 PM Carlos Cotta <ccotta@nacalaw.org> wrote:
> Good afternoon Mr. Barton. Here is the list of documents we are going to need from you.
> Documents needed:
>
> - Most recent mortgage statement from your lender
> - 1 month of pay stubs/most recent pension statement/2020 social security awards letter
> - 3 months of bank statements (all pages)
> - 2018 and 2019 tax returns w/ W'2s
> - 1 recent utility bill (gas, electric or water)
> - Hardship Letter (explaining what caused you to fall behind)
> - Sign all pages on the Free Services Agreement that needs your signature after page 8
> - Credit Report Authorization Form (fill out all 3 pages)
> - RMA Form (please fill out pages and sign pages 5 & 6)
> - 4506-T Form (please fill out, sign and date)
> - Emergency Covid-19 Forbearance Form
> - Missing Document Acknowledgement Form (sign and date) just in case you are missing any documents please sign it, so it can be ok to submit your file without this (these) documents.
>
> *Respectfully,*



*Carlos M. Cotta*

**DRE Lic: 02082207**
**CA Real Estate Agent/**_Volunteer Advocate_

**Address:** 1503 South Coast Dr. Suite 100
               Costa Mesa, CA 92626
**Direct:** 949.430.0475
**Office:** 877.243.4632
**Fax:** 949.502.0819
www.nacalaw.org



NOTICE OF CONFIDENTIALITY : This Email message and its attachments (if any) are intended solely for the use of the addressees hereof. In addition, this message and the attachments (if any) may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify us and immediately delete this message from your system.