**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

RAVI SUBRAMANIAN
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

June 23, 2022

**BARTON V. SERVE ALL HELP ALL INC ET AL**
Case # 3:21−cv−05338−BHS

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

    **Document Incomplete**
The Verification in the Amended Counter Claim was filed with pages or other information missing. Please refile the document by going to **Other Documents** and selecting **Praecipe to Attach Document**. The document must be related back to the original filing.

    **Additional Notes:** The Verification section of the Amended Counter Claim is not signed.

*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file