1

2

HON. BENJAMIN H. SETTLE

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

7

8

9

NATHEN BARTON,

Plaintiff

10

v.

11

SERVE ALL, HELP ALL, INC.

12

Defendants.

13

14

15

16

SERVE ALL, HELP ALL, INC.,  a
California non-profit corporation,

17

Counterclaimant

18

v.

19

NATHEN BARTON,

20

Counter defendant.

21

22

Case No.: 3:21-cv-05338-BHS

MOTION TO AMEND ORDER
SETTING PRETRIAL DATES AND
TO CONTINUE TRIAL

Noted for:  July 22, 2022

23

24

COMES NOW Defendant and Counterclaimant SERVE ALL, HELP ALL, INC. and moves

25

this court for an order amending the order setting pretrial dates and continuing trial.  This

MOTION TO AMEND ORDER SETTING
PRETRIAL DATES AND TO CONTINUE TRIAL
3:21-cv-05338-BHS
*Page 1*

Law Office of Donna Beasley Gibson PLLC
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529

motion is based on the attached argument, the declaration of counsel, and the records and

files herein.

Dated July 3, 2022                                    s/Donna Gibson
                                                       Donna Gibson, WSBA #33583
                                                       Law Office of Donna Beasley Gibson
                                                       1415 Commercial Avenue, #209
                                                       Anacortes, WA  98221
                                                       (206) 242-5529
                                                       Fax:  (425) 332-7068
                                                       donna@donnagibsonlaw.com


MOTION TO AMEND ORDER SETTING PRETRIAL DATES AND TO CONTINUE
TRIAL


*STATEMENT OF FACTS*

On September 3, 2021, this court, via Docket No. 8, entered a minute order setting

trial and pretrial dates as follows:


THREE DAY* Jury Trial is set for 8/30/2022 at 9:00 AM in Courtroom E before

Judge Benjamin H. Settle. Joinder of Parties due by 10/4/2021, Amended Pleadings

due by 10/14/2021, Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by

2/22/2022, Rebuttal Expert Disclosure/Reports due by 3/23/2022, Motions due by

4/4/2022, Discovery completed by 5/2/2022, Dispositive motions due by 6/1/2022,

Motions in Limine due by 7/25/2022, Pretrial Order due by 8/8/2022, Voir dire/jury

instructions/trial briefs due by 8/9/2022, Agreed Neutral Statement of the Case due by

8/9/2022, Deposition Designations due by 8/9/2022, Pretrial Conference set for

8/15/2022 at 10:00 AM in Courtroom E.

Docket 8.   On April 5, 2022, Defendant filed a motion for leave to file an Amended Answer and Counterclaim.  *See*  Docket  56.  That motion was noted for April 22, 2022 and the Court granted that motion on June 16, 2022. *See* Docket 80.   The amended answer and counterclaim was filed on June 23, 2022.   Docket 82.   Plaintiff and Counter defendant BARTON filed a motion for reconsideration of the filing of the amended answer and counterclaim on June 22, 2022, (Docket 81) and that was denied on June 27, 2022.  *See* Docket 85.

## AUTHORITY

Civil Rule 16(b)(6) allows for the modification of the schedule when good cause exists and with the judge's consent.

## ARGUMENT

The Plaintiff/Counter defendant has not filed an answer to the counterclaim that was filed on June 22.   Because the Counterclaim needs to be answered and then possibly discovery conducted and dispositive motions – deadlines for which have already passed,  the order setting pretrial dates should be amended and the trial date continued accordingly.   There is good cause, specifically, the filing of the amended answer and counterclaim, for the modification of the order and the defendant/counterclaimant seeks the judge's permission to modify the dates as follows:

Jury Trial is set for 8/30/2022 at 9:00 AM in Courtroom E before Judge Benjamin H. Settle. Joinder of Parties due by 10/4/2021, Amended Pleadings due by 10/14/2021, Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by 2/22/2022, Rebuttal Expert Disclosure/Reports due by 3/23/2022, Motions due by 4/4/2022, Discovery completed by 5/2/2022, Dispositive motions due by 6/1/2022, Motions in Limine due by 7/25/2022, Pretrial Order due by 8/8/2022, Voir dire/jury instructions/trial briefs

MOTION TO AMEND ORDER SETTING
PRETRIAL DATES AND TO CONTINUE TRIAL
3:21-cv-05338-BHS
Page 3

Law Office of Donna Beasley Gibson PLLC
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529

due by 8/9/2022, Agreed Neutral Statement of the Case due by 8/9/2022, Deposition Designations due by 8/9/2022, Pretrial Conference set for 8/15/2022 at 10:00 AM in Courtroom E.

If the answer to the counterclaim is filed 21 days after the filing, that is July 13, which is 12 days before the Motions in limine are due, and 32 days before trial, and not enough time for a dispositive motion or much of anything to be accomplished.   To further simply this amendment, the defendant/counterclaimant requests the court limit the amount of discovery allowed to one set of interrogatories,  one set of requests for production,  and one set of admissions, no more than 25 in nature.

Therefore, defendant/counterclaimant respectfully moves this court for an order amending the order setting pretrial dates and continuing trial.   Defendant/Counterclaimant suggests 60 days for discovery, 30 days after for dispositive motions, and trial date in December, with corresponding dates for motions in limine, pretrial order, voir dire/jury instructions/trial brief, agreed neutral statement of the case, deposition designations, and pretrial conference.

Respectfully submitted this 3rd day of July, 2022.

s/Donna Gibson
Donna Gibson, WSBA #33583
Law Office of Donna Beasley Gibson
1204 Cleveland Ave
Mount Vernon, WA  98273
(206) 242-5529
Fax: (425) 332-7068
donna@donnagibsonlaw.com

MOTION TO AMEND ORDER SETTING
PRETRIAL DATES AND TO CONTINUE TRIAL
3:21-cv-05338-BHS
Page 4

Law Office of Donna Beasley Gibson PLLC
1204 Cleveland Avenue
Mount Vernon, WA  98273
206-242-5529