1                                                     Honorable Benjamin H. Settle

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| NATHEN BARTON, | CASE NO. 3:21-cv-05338-BHS |
|---|---|
| Plaintiff | PLAINTIFF'S MOTION FOR LEAVE TO FILE OVER-LENGTH RESPONSE BRIEF |
| v. | |
| SERVE ALL, HELP ALL, INC.; and JOHN DOE 1-10, | NOTED FOR: JULY 12, 2022 |
| Defendants. | |

Plaintiff respectfully requests this Court grant him leave to file 3 additional pages to his Response to the Defendant's cross motion for summary judgement (Dkt. 87) pursuant to LCR 7(f).

LCR 7(g) requires a party to move to strike an opposing party's offending materials in a responsive brief as opposed to a separate motion. Pages 1 through 3 of the Plaintiff's response brief are consolidated motions to strike, leaving pages 4 through 15 as the substantive Reply.

Because of this, the Plaintiff requests this Court grant him leave to file the entire 15 page response / consolidated motions to strike brief with this Court.

_____s/ Nathen Barton _____        \_\_\_\_7/12/2022\_\_\_\_\_
            (signed)                                      (Dated)

Nathen Barton
(469) 347 2139
4618 NW 11th Cir
Camas WA 98607

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the Electronic Filing (CM/ECF) system, which will send notification of such filing to all counsel of record and all pro se parties registered to use the CM/ECF system.

_____s/ Nathen Barton_____        \_\_\_\_\_7/12/2022_____
        Nathen Barton                              (Dated)