Honorable ROBERT J BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Nathen Barton,<br><br>      Plaintiff<br><br> v.<br><br>Serve All, Help All, Inc.<br><br> and<br><br>John Doe 1-10<br><br>      Defendant(s). | CASE NO. 3:21-CV-05338-BHS<br><br>DECLARATION OF<br>NATHEN BARTON IN SUPPORT<br>OF MOTION TO COMPEL<br><br>NOTED FOR DECEMBER 23, 2022 |

My name is Nathen Barton and I live at 4618 NW 11th Cir, Camas WA 98607.  I am over the age of eighteen, and otherwise competent to be a witness in this matter.  Except as expressly set forth herein, I make this declaration in my personal capacity and based on my personal knowledge.

1. The email screenshot dated October 19, 2022 is a true and correct copy of a portion of an email Opposing Counsel sent me on October 19, 2022.

2. The email screenshot dated October 20, 2022 is a true and correct copy of a portion of an email Opposing Counsel sent me on October 20, 2022.

3. The email screenshot dated October 21, 2022 is a true and correct copy of a portion of an email Opposing Counsel sent me on October 21, 2022.

4. The first email screenshot dated November 17, 2022 is a true and correct copy of a portion of an email I sent Opposing Counsel on November 17, 2022.

5. The second email screenshot dated November 17, 2022 is a true and correct copy of a portion of an Opposing Counsel sent me on November 17, 2022.

6. The email screenshot dated November 29, 2022 is a true and correct copy of a portion of an email Opposing Counsel sent me on November 29, 2022.

7. The first email screenshot dated November 30, 2022 is a true and correct copy of a portion of an email Opposing Counsel sent me on November 30, 2022.

8. The second email screenshot dated November 30, 2022 is a true and correct copy of a portion of an email Opposing Counsel sent me on November 30, 2022.

9. The first email screenshot dated December 2, 2022 is a true and correct copy of a portion of an email Opposing Counsel sent me on December 2, 2022.

10. The second email screenshot dated December 2, 2022 is a true and correct copy of a portion of an email Opposing Counsel sent me on December 2, 2022.

11. As of today, December 18, 2022, I have only received one document responsive to the outstanding discovery requests and that was received on November 30, 2022.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing statements are true and correct.

___s/ Nathen Barton___  __12/18/2022__  Signed in Camas Washington
Signed by Nathen Barton   Date    Clark County

DECLARATION OF NATHEN BARTON - 2 / 2
CASE NO 3:21-CV-05338-RJB

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607